# MICHAEL G. O'NEILL
ATTORNEY AT LAW

*Via ECF*

November 18, 2008

Hon. Frederick Block
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Donahue v. American Airlines
            06-CV-3679 (FB)(RER)

Dear Judge Block:

    I represent the plaintiff in this action. I am writing to provide the Court with a status update.

    The settlement agreement has been fully executed and returned to defendant. Defendant's contact person is not presently available, therefore the agreement will not be fully executed before the end of the week.

    At this point, plaintiff is comfortable with the Court entering an order of dismissal, with leave to reopen in the event the settlement agreement is not consummated.

                                                    Respectfully yours,

                                                    /s/