EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KENNETH DONAHUE,

          Plaintiff,                        Case No. 06-3679 (FB)(RR)

        -against-

AMERICAN AIRLINES, INC.,

          Defendant.

----------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that all claims in the above-captioned action are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

By: _____
Scott M. Mishkin (SMM 3687)
SCOTT MICHAEL MISHKIN, P.C.
One Suffolk Square #240
Islandia, New York 11743
(631) 234-1154
*Former Counsel for Plaintiff*

By: _____
Michael G. O'Neill
LAW OFFICE OF MICHAEL G. O'NEILL
30 Vesey Street, Third Floor
New York, New York 10007
(212) 581-0990
*Present Counsel for Plaintiff*

By: _____
Melissa C. Rodriguez
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6394
*Attorneys for Defendant*

8

SO ORDERED:

_____

DB1/62163693.3